# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Christopher Allen Klepinger
[You are the PLAINTIFF, print your full name on this line.]

v.

Lt. Escabedo
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-1042
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Lt. Escabedo | Westville Correctional Facility 5501 South 1100 West Westville, IN 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Sgt. Burkholder | Westville Correctional Facility 5501 South 1100 West Westville, IN 46391 |
| 3 | Sgt. Mosthagen | Westville Correctional Facility 5501 South 1100 West Westville, IN 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  3

2. What is the name and address of your prison or jail? Westville Correctional Facility 5501 South 1100 West Westville, IN 46391

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____

4. On what date did this event occur? October 21st 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was moved from C1 to E1 on or about October 20th 2023. I was moved to another unit for safety due to being assaulted for something I had nothing to do with. I was put in a holding cell all night. I was never given medical attention for this incident.

2. At 10:30 am on October 21st 2023 they moved me to unit E1. I was put in cell 1 bed 2 bottom bunk. There was another offender Andre Jefferson in the bottom bunk next to me who was my roommate. As soon as I walked in the cell I knew that it was going to be bad news from his demeanor.

3. Later that night and all through the day he was telling me oh you belong to me, anyone else ask your mine the whole time I thought maybe he was joking or playing around. Well he was not and he kept telling me imma pay

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

rent and come off commissary or I couldn't stay in that cell. I follow all rules so I won't be in my wrong cell or bunk area to avoid a write-up.

4. I was scared and called home told my significant other that my roomate was pressuring me to pay him and that I was scared. I asked her to call here and talk to someone who could help me. She did as I asked her to and they called me to the EC Squad room.

5. When I got to the Squad room I was met by Lt. Escobedo, Sgt. Burkholder, and Sgt Mosthagen. They asked me what the problem was and I explained it to them. There first reaction was "Why are you doing this before we go home." I was stunned by this and didn't believe they would respond like that. They told me I needed a name or I had to go back. I didn't have a name at the time so they sent me back.

6. I went back to the unit and layed in my bunk. Time went on and later that night into the morning after some short conversations Andre Jefferson was in the corner of the room. He asked me

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

to help him with something. As I go to help him he has a prison made knife and his penis out. He puts the knife to my kneck and says "If I wanna see my daughter again I'll do as he says."

7. I did as he asked me to because I want to make it home in January. I cried and did as he asked while he ejaculated in my mouth. I washed out my mouth and cried myself to sleep.

8. The next day I wrote my significant other several messages on GTL. Monday morning they called me to Squad room and finally took the report. We went to I.I.'s office and the recorded my statement. They asked me if I wanted to go out for a kit and if I wanted to see mental health. I responded yes to both questions.

9. About 1 week later I was called to I.I.'s squad room and was asked for a drug screen. I passed this test and havent heard why I was given this.

10. Had Lt. Escabed, Sgt Burkholder, and Sgt Mosthagen did their job I would have never been sexually assaulted. I thought these people were here to help us if we needed them.

11. I live with this day and night. You really dont think this thing will happen until it does to you. I get scared from time to time thinking it will happen again. I try as much as I can to forget it happened but I cant

12. The three men have authority and should take things more serious to prevent this type of thing from happening weather they are about to go home or not.

Respectfull Submitted

Chris Klepinger
#260896

Pro Se 14 (INND Rev. 2/20)                                                                 page 4

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ⊗ After I was convicted while confined serving the sentence.
    ⊗ Other: _____

6. Have you ever sued anyone for this exact same event?
    ⊗ No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ○ No, this event is not grievable at this prison or jail.
    ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I want them to take these kind of situations more serious than they did mine. I would like to be compensated for my pain, suffering and neglect from this facility.

[Initial Each Statement]
    CK I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
    CK I will keep a copy of this complaint for my records.
    CK I will promptly notify the court of any change of address.
    CK I WILL NOT send more than one copy of any filing to the court.
    CK I WILL NOT send summons, USM-285, or waiver forms to the clerk.
    CK I declare under penalty of perjury that the statements in this complaint are true.

    I placed this complaint in the prison mail system on 11 / 26 / 2023 at 5:00 am/pm.
    [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

    ___L. Klepinger___                                         #260896
    Signature                                                  Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]