UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER ALLEN KLEPINGER, **Plaintiff**, v. ESCABEDO, BURKHOLDER, and MOSTHAGEN, **Defendants.** | CAUSE NO. 3:23-CV-1042-JTM-APR |

# O R D E R

Christopher Allen Klepinger, a prisoner without a lawyer, was granted leave to proceed in forma pauperis on January 2, 2024, and ordered to pay an initial partial filing fee. (DE # 4.) He did not pay and was ordered to show cause by March 27, 2024. (DE # 6.) He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed and he has not responded.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

Date: April 4, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT