# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER ALLEN KLEPINGER

       Plaintiff

   v.

                                                        Civil Action No.  3:23-cv-1042

ESCABEDO, *Lt.*

BURKHOLDER, *Sgt.*

MOSTHAGEN, *Sgt.*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Senior Judge James T Moody.

DATE: 4/5/2024                                CHANDA J. BERTA, CLERK OF COURT

                                              by   s/A. Highlen
                                              *Signature of Clerk or Deputy Clerk*